AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>William TEJADA-Hernandez<br>AKA:William Hernandez, David Liviana, Carlos Martinez<br><br>*Defendant(s)* | Case No.<br>3:16MJ004-SAA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 27, 2015__ in the county of __Desoto__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | REENTRY OF DEPORTED ALIENS |
| 8 U.S.C. § 1326(b)(2) | REENTRY OF DEPORTED ALIEN - FELONY |

This criminal complaint is based on these facts:

On or about 12/27/15, in the Northern District of Mississippi, defendant, an illegal alien, having been previously excluded, deported or removed from the United States, was thereafter found in the United States without the required express consent of the U.S. Attorney General, or her successor, the Secretary of the U.S. Department of Homeland Security, in that the defendant was found in Desoto County, Mississippi on 12/27/15, having been lawfully excluded.

☑ Continued on the attached sheet.

*Complainant's signature*

Scott A. Roberts, Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/08/2016__

*Judge's signature*

City and state: __Oxford, Mississippi__  S. Allan Alexander, United States Magistrate Judge
*Printed name and title*